■ In the Matter of DAVID BROOKS, Appellant, v THOMAS A. COUGHLIN, as Commissioner of Department of Correctional Services, et al., Respondents.—Judgment unanimously affirmed *(see, Matter of Ennis v Coughlin,* 141 AD2d 933, 934,

*lv denied* 73 NY2d 703). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Doerr, J. P., Denman, Boomer, Pine and Balio, JJ.